UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

THOMAS NICHOLAS MERIWEATHER,     Case No. 6:17-cv-01481-CL

    Petitioner,     ORDER OF DISMISSAL

v.

BRANDON KELLY, Superintendent,
Oregon State Penitentiary,

    Respondent.

AIKEN, District Judge:

Petitioner, appearing pro se, moves to dismiss, without prejudice, his petition filed pursuant to 28 U.S.C. § 2254. Respondent has filed no objection.

Accordingly, upon review of the motion and supporting affidavit, petitioner's motion (ECF No. 33) is GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 20th day of August, 2018.

                                              /s Ann Aiken
                                              Ann Aiken
                                     United States District Judge

1 - ORDER OF DISMISSAL